JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FIGUEROA )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>COTTI FOODS CORPORATION, etc., et al. )<br>)<br>)<br>Defendants. )<br>_____ ) | Case No. SA CV 12-00344-DOC(JPRx)<br><br>ORDER DISMISSING CIVIL ACTION |

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 60 days, to reopen this action if settlement is not consummated.

DATED: May 31, 2012

_David O. Carter_
_____
DAVID O. CARTER
United States District Judge