JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDWIN FIGUEROA )
                                )
              Plaintiff,        )
                                )
         -v-                    )      Case No. SA CV 12-00344-DOC(JPRx)
                                )
COTTI FOODS CORPORATION, etc., et al. )
                                )
                                )      ORDER DISMISSING CIVIL ACTION
              Defendants.       )
_____ )

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 60 days, to reopen this action if settlement is not consummated.

DATED: May 31, 2012

_David O. Carter_
_____
DAVID O. CARTER
United States District Judge